UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, JOSÉ HERNANDEZ, ANITA CAMERON, SELF-INITIATED LIVING OPTIONS, INC., INDEPENDENT LIVING CENTER OF HUDSON VALLEY, REGIONAL CENTER FOR INDEPENDENT LIVING, NOT DEAD YET, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, and INSTITUTE FOR PATIENTS' RIGHTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, NEW YORK STATE DEPARTMENT OF HEALTH, THE HONORABLE JAMES V. MCDONALD, M.D. in his official capacity as Commissioner of the New York State Department of Health, NEW YORK STATE BOARD FOR MEDICINE, THE HONORABLE AMIT M. SHELAT, D.O. in his official capacity as Chair of the New York State Board for Medicine, NEW YORK STATE OFFICE OF MENTAL HEALTH, THE HONORABLE ANN MARIE T. SULLIVAN, M.D. in her official capacity as Commissioner of the New York State Office of Mental Health,<br><br>*Defendants*. | Case No.1:26-cv-03492-OEM-JAM |

Notice is hereby given that Plaintiffs Brooklyn Center For Independence of the Disabled, José Hernandez, Anita Cameron, Self-Initiated Living Options, Inc., Independent Living Center of Hudson Valley, Regional Center for Independent Living, Not Dead Yet, United Spinal Association, National Council on Independent Living, and Institute For Patients' Rights (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second

Case: 26-2414, 08/28/2026, DktEntry: 1.1, Page 2 of 15

Circuit from the Memorandum and Order, dated July 30, 2026 (Dkt. 33) and the Judgment, entered July 31, 2026 (Dkt. 34), dismissing Plaintiffs' Complaint (Dkt. 1) pursuant to Fed. R. Civ. P. 12(b)(1).

Dated: New York, New York
August 27, 2026

**ROSEN BIEN GALVAN & GRUNFELD LLP**

Ernest J. Galvan
Michael W. Bien
101 Mission Street, Sixth Floor
San Francisco, California 94105
Tel: (415) 433-6830
Fax: (415) 433-7104
Email: egalvan@rbgg.com | mbien@rbgg.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila
Jeffrey M. Greilsheimer
600 Third Avenue, 2d Floor
New York, New York 10016
Tel.: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law | jg@hfk.law

*Attorneys for Plaintiffs*

APPEAL,ACO,DJI

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:26−cv−03492−OEM−JAM

Brooklyn Center for Independence of the Disabled et al v. Hochul et al
Assigned to: Judge Orelia E. Merchant
Referred to: Magistrate Judge Joseph A. Marutollo
Cause: 42:1201 Civil Rights (Disability)

Date Filed: 06/11/2026
Date Terminated: 07/31/2026
Jury Demand: None
Nature of Suit: 446 Civil Rights: Americans with Disabilities − Other
Jurisdiction: Federal Question

**Plaintiff**

**Brooklyn Center for Independence of the Disabled**

represented by

**Theodore Allan Kittila**
Halloran Farkas and Kittila LLP
5722 Kennett Pike
Wilmington, DE 19807
302−257−2025
Fax: 302−257−2019
Email: tk@hfk.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street, Sixth Floor
94105
San Francisco, CA 94105
415−433−6830
Fax: 415−433−7104
Email: egalvan@rbgg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street
Ste Sixth Floor
San Francisco, CA 94105
415−433−6830
Fax: 415−433−7104
Email: mbien@rbgg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
Halloran Farkas & Kittila LLP
5722 Kennett Pike
Wilmington, DE 19807
717−383−6692
Email: ts@hfk.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
Halloran Farkas & Kittila
5722 Kennett Pike
Wilmington, DE 19807
302−268−6875
Email: wg@hfk.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
Halloran Farkas & Kittila LLP
2nd Floor
600 Third Avenue
New York, NY 10016
917−743−7019
Email: jg@hfk.law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Hernandez** represented by **Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Cameron** represented by **Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Self−Initiated Living Options, Inc.** represented by **Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Independent Living Center of the Hudson Valley** represented by **Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Regional Center for Independent Living** | represented by | **Theodore Allan Kittila**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ernest Galvan**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Bien**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy S. Spangler , III**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**William Edward Green , Jr**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M Greilsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **United Spinal Association** | represented by | **Theodore Allan Kittila**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ernest Galvan**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Bien**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy S. Spangler , III**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**William Edward Green , Jr**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M Greilsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Not Dead Yet** | represented by | |

**Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Council on Independent Living** represented by **Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Institute for Patients Rights** represented by **Theodore Allan Kittila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Michael Bien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Spangler , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Edward Green , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Greilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hon Kathy Hochul**
*in her official capacity as Governor of the State of New York*

represented by **Haley Hawkins**
Office of the New York State Attorney General
Litigation Bureau
28 Liberty Street
New York, NY 10005
212−416−8771
Email: haley.hawkins@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212−416−6382
Fax: 212−416−6009
Email: owen.conroy@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York State Department of Health**

represented by **Haley Hawkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James V. McDonald, M.D., M.P.H.**
*in his official capacity as Commissioner of the New York State Department of Health*

represented by **Haley Hawkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York State Board of Medicine** represented by **Haley Hawkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hon Amit M. Shelat, D.O.**
*in his official capacity as Chair of the New York State Board for Medicine*
represented by **Haley Hawkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York State Office of Mental Health** represented by **Haley Hawkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann Marie T. Sullivan**
*in her official capacity as Commissioner of the New York State Office of Mental Health*
represented by **Haley Hawkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Thomas Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Dr. Jeremy Boal** represented by **Ryan Chabot**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212−295−6513
Email: ryan.chabot@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Veronica Darling**
Compassion and Choices
8156 S Wadsworth Blvd E162
Littleton, CO 80128
971−997−2930

Email: vdarling@compassionandchoices.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Iris Dudman** represented by **Ryan Chabot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Veronica Darling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Stacey Gibson** represented by **Ryan Chabot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Veronica Darling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Anne Gurnett Bander** represented by **Ryan Chabot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Veronica Darling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Nancy Murphy** represented by **Ryan Chabot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Veronica Darling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Benny Pollak** represented by **Ryan Chabot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Veronica Darling**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2026 | 1 | COMPLAINT against All Plaintiffs filing fee $ 405, receipt number ANYEDC−20310878 Was the Disclosure Statement on Civil Cover Sheet completed −YES,, filed by Not Dead Yet, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, National Council on Independent Living, United Spinal Association, Self−Initiated Living |

| | | |
|---|---|---|
| | | Options, Inc., Institute for Patients Rights, Independent Living Center of the Hudson Valley. (Greilsheimer, Jeffrey) (Entered: 06/11/2026) |
| 06/11/2026 | 2 | MOTION for Temporary Restraining Order by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Declaration Rappaport, # 4 Declaration Hernandez, # 5 Declaration Cameron, # 6 Declaration Delgado (SILO), # 7 Declaration Figueroa (ILCHV), # 8 Declaration Darling (RCIL), # 9 Declaration McIntosh (NDY), # 10 Declaration Lieberman (United Spinal), # 11 Declaration Podesva (NCIL), # 12 Declaration Valliere (IPR)) (Greilsheimer, Jeffrey) (Entered: 06/11/2026) |
| 06/11/2026 | | **Notice: MISSING CIVIL COVER SHEET (Please Use Link Below)**<br><br>The Clerk's Office cannot assign this case without a completed JS−44 **(Rev. 3.23.2026; Effective 3.24.2026).**<br><br>Civil Cover Sheet. Please submit corrected Civil Cover Sheet. The form is available at: https://www.nyed.uscourts.gov/document−search . SEARCH CATEGORIES **Forms**<br><br>FILTER **Clerks Office Forms and Instructions**<br><br>SEARCH **JS 44 Civil Cover Sheet Revised 3/23/2026**<br><br>Please submit corrected Civil Cover Sheet under the event Other Documents − Proposed Summons/Civil Cover Sheet (SDM) (Entered: 06/11/2026) |
| 06/11/2026 | 3 | Proposed Summons.Civil Cover Sheet.. Re 1 Complaint,, by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association (Attachments: # 1 Proposed Summons Hochul, # 2 Proposed Summons Dep't of Health, # 3 Proposed Summons McDonald, # 4 Proposed Summons Board of Medicine, # 5 Proposed Summons Shelat, # 6 Proposed Summons Office of Mental Health, # 7 Proposed Summons Sullivan) (Greilsheimer, Jeffrey) (Entered: 06/11/2026) |
| 06/11/2026 | | Case Assigned to Judge Orelia E. Merchant and Magistrate Judge Joseph A. Marutollo. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Motions referred to Joseph A. Marutollo. (SDM) (Entered: 06/11/2026) |
| 06/11/2026 | | Your proposed summons was not issued for one of the following reasons: **If multiple defendants, there must me a rider attached to the summons with the name and addresses of all defendants included.,**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (SDM) (Entered: 06/11/2026) |
| 06/11/2026 | 4 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf (SDM) (Entered: 06/11/2026) |

| | | |
|---|---|---|
| 06/11/2026 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (SDM) (Entered: 06/11/2026) |
| 06/12/2026 | 6 | Proposed Summons. Re 1 Complaint,, by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association (Greilsheimer, Jeffrey) (Entered: 06/12/2026) |
| 06/12/2026 | 7 | NOTICE of Appearance by Theodore Allan Kittila on behalf of All Plaintiffs (aty to be noticed) (Kittila, Theodore) (Entered: 06/12/2026) |
| 06/15/2026 | | ORDER TO SHOW CAUSE: The Court is in receipt of Plaintiffs' 2 Motion for a Temporary Restraining Order ("TRO") and 1 Complaint. Plaintiffs' motion for a TRO without notice to Defendants is denied.<br>To date, according to the docket in this action, proper summons has not issued nor have Plaintiffs served Defendants with the summons, complaint or motion papers. Per the Federal Rules of Civil Procedure, a court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Rule 65(b)(1)(A). Additionally, this District's Local Rules provide that "[n]o ex parte order... will be granted except upon a clear and specific showing by affidavit of good and sufficient reasons why a procedure other than by notice of motion is necessary." Loc. Civ. R. 6.1(d). These "stringent restrictions" placed on ex parte temporary restraining orders "reflect the fact that our entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute." *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 43839 (1974).<br>Plaintiffs' 2 Motion for a TRO does not satisfy this burden. Plaintiffs argue that they will suffer irreparable harm if the Act goes into effect. *See* Plaintiffs' Opening Brief in Support of Their Motion for Temporary Restraining Order at 18−22, Dkt. 2−1. But Plaintiffs also allege that the Act will not go into effect until August 5, 2026. *Id.* at 5. Thus, irreparable harm will not occur before Defendants can be heard in opposition. Accordingly, Plaintiffs' motion for ex parte TRO is denied.<br>Further, it is hereby ORDERED that, to the extent that Plaintiffs seek preliminary injunctive relief, Plaintiffs shall serve a copy of this order and Plaintiffs' summons and Complaint 1 on Defendants by June 17, 2026, that Defendants file and serve any answering papers to Plaintiffs' request for preliminary injunctive relief by June 23, 2026, and it is further<br>ORDERED that a preliminary injunction hearing shall be held on June 25, 2025, at 11:30 AM, as to why a preliminary order should not issue enjoining Defendants from implementing and enforcing New York's Medical Aid in Dying Act, N.Y. Public Health Law §§ 2899−d, *et seq.* Ordered by Judge Orelia E. Merchant on 6/15/2026. (IVK) (Entered: 06/15/2026) |
| 06/15/2026 | 8 | Summons Issued as to Kathy Hochul, James V. McDonald, M.D., M.P.H., New York State Board of Medicine, New York State Department of Health, New York State Office of Mental Health, Amit M. Shelat, D.O., Ann Marie T. Sullivan. (VRM) (Entered: 06/15/2026) |
| 06/16/2026 | 9 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. New York State Board of Medicine served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |
| 06/16/2026 | 10 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. New York State Department of Health served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |

| | | |
|---|---|---|
| 06/16/2026 | 11 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. Kathy Hochul served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |
| 06/16/2026 | 12 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. James V. McDonald, M.D., M.P.H. served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |
| 06/16/2026 | 13 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. New York State Office of Mental Health served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |
| 06/16/2026 | 14 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. Amit M. Shelat, D.O. served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |
| 06/16/2026 | 15 | SUMMONS Returned Executed by National Council on Independent Living, Jose Hernandez, Brooklyn Center for Independence of the Disabled, Regional Center for Independent Living, Anita Cameron, United Spinal Association, Self−Initiated Living Options, Inc., Not Dead Yet, Institute for Patients Rights, Independent Living Center of the Hudson Valley. Ann Marie T. Sullivan served on 6/16/2026, answer due 7/7/2026. (Kittila, Theodore) (Entered: 06/16/2026) |
| 06/16/2026 | 16 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC−20330670 by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association. (Attachments: # 1 Affidavit of Michael W. Bien) (Bien, Michael) (Entered: 06/16/2026) |
| 06/16/2026 | 17 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC−20330679 by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association. (Attachments: # 1 Affidavit of Ernest Galvan) (Galvan, Ernest) (Entered: 06/16/2026) |
| 06/17/2026 | | ORDER granting 16 and 17 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 6/17/2026. (EG) (Entered: 06/17/2026) |
| 06/17/2026 | 18 | NOTICE of Appearance by Michael Bien on behalf of All Plaintiffs (notification declined or already on case) (Bien, Michael) (Entered: 06/17/2026) |
| 06/17/2026 | 19 | NOTICE of Appearance by Ernest Galvan on behalf of All Plaintiffs (notification declined or already on case) (Galvan, Ernest) (Entered: 06/17/2026) |
| 06/22/2026 | 20 | MOTION to Intervene *as Defendants* by Jeremy Boal, Iris Dudman, Stacey Gibson, Anne Gurnett Bander, Nancy Murphy, Benny Pollak. (Attachments: # 1 Memorandum in Support of Motion to Intervene as Defendants, # 2 Declaration of Jeremy Boal, |

| | | |
|---|---|---|
| | | M.D., # 3 Declaration of Benny Pollak, # 4 Declaration of Dr. Anne Gurnett Bander, # 5 Declaration of Iris Dudman, # 6 Declaration of Stacey Gibson, # 7 Declaration of Nancy Murphy, # 8 Declaration of Ryan Chabot in Support of Motion to Intervene as Defendants, # 9 Exhibit A) (Chabot, Ryan) (Entered: 06/22/2026) |
| 06/23/2026 | | ORDER re: 20 : By June 24, 2026, at 5:00 PM, the parties shall file opposition, if any, to the Motion to Intervene 20 . Ordered by Judge Orelia E. Merchant on 6/23/2026. (IVK) (Entered: 06/23/2026) |
| 06/23/2026 | 21 | MOTION to Appear Pro Hac Vice *Veronica Darling* Filing fee $ 200, receipt number ANYEDC−20352799 by Anne Gurnett Bander, Jeremy Boal, Iris Dudman, Stacey Gibson, Nancy Murphy, Benny Pollak. (Attachments: # 1 Pro Hac Vice Affidavit) (Darling, Veronica) (Entered: 06/23/2026) |
| 06/23/2026 | 22 | NOTICE of Appearance by Haley Hawkins on behalf of All Defendants (aty to be noticed) (Hawkins, Haley) (Entered: 06/23/2026) |
| 06/23/2026 | 23 | MEMORANDUM in Opposition *to Plaintiffs' Motion for a Preliminary Injunction* filed by All Defendants. (Hawkins, Haley) (Entered: 06/23/2026) |
| 06/24/2026 | | ORDER granting 21 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 6/24/2026. (EG) (Entered: 06/24/2026) |
| 06/24/2026 | 24 | NOTICE of Appearance by Owen Thomas Conroy on behalf of Kathy Hochul, James V. McDonald, M.D., M.P.H., New York State Board of Medicine, New York State Department of Health, New York State Office of Mental Health, Amit M. Shelat, D.O., Ann Marie T. Sullivan (aty to be noticed) (Conroy, Owen) (Entered: 06/24/2026) |
| 06/24/2026 | 25 | MEMORANDUM in Opposition *to Motion to Intervene* filed by All Plaintiffs. (Greilsheimer, Jeffrey) (Entered: 06/24/2026) |
| 06/25/2026 | | **Minute Entry** for proceedings held before Judge Orelia E. Merchant: Preliminary Injunction Hearing held on June 25, 2026. Appearances: Theodore A. Kittila and Jeffrey M Greilsheimer on behalf of the Plaintiffs; Haley Hawkins and Owen T. Conroy, on behalf of Defendants; Ryan Chabot and Veronica Darling on behalf of proposed Intervenor Defendants. Case called and arguments heard. The Court reserves decision on the proposed Intervenor Defendants' 20 Motion to Intervene, and Plaintiff's motion for Preliminary Injunction. (Court Reporter: Avery Armstrong.) (TPL) (Entered: 06/25/2026) |
| 07/01/2026 | 26 | NOTICE of Appearance by Veronica Darling on behalf of Anne Gurnett Bander, Jeremy Boal, Iris Dudman, Stacey Gibson, Nancy Murphy, Benny Pollak (notification declined or already on case) (Darling, Veronica) (Entered: 07/01/2026) |
| 07/06/2026 | 27 | MOTION for pre motion conference by Kathy Hochul, James V. McDonald, M.D., M.P.H., New York State Board of Medicine, New York State Department of Health, New York State Office of Mental Health, Amit M. Shelat, D.O., Ann Marie T. Sullivan. (Hawkins, Haley) (Entered: 07/06/2026) |
| 07/09/2026 | 28 | MOTION to Appear Pro Hac Vice *of Timothy S. Spangler, III* Filing fee $ 200, receipt number ANYEDC−20411753 by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association. (Attachments: # 1 Affidavit of Timothy Spangler, # 2 Pennsylvania Certificate of Good Standing, # 3 Delaware Certificate of Good Standing) (Spangler, Timothy) (Entered: 07/09/2026) |
| 07/09/2026 | 29 | MOTION to Appear Pro Hac Vice *of William E. Green, Jr.* Filing fee $ 200, receipt number ANYEDC−20411803 by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United |

| | | |
|---|---|---|
| | | Spinal Association. (Attachments: # 1 Affidavit Affidavit of William E. Green, Jr., # 2 Certificate of Good Standing) (Green, William) (Entered: 07/09/2026) |
| 07/10/2026 | | ORDER granting 28 and 29 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 7/10/2026. (EG) (Entered: 07/10/2026) |
| 07/10/2026 | 30 | NOTICE of Appearance by William Edward Green, Jr on behalf of Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association (notification declined or already on case) (Green, William) (Entered: 07/10/2026) |
| 07/13/2026 | 31 | RESPONSE in Opposition re 27 MOTION for pre motion conference filed by All Plaintiffs. (Attachments: # 1 Exhibit Transcript of June 25, 2026 Argument) (Greilsheimer, Jeffrey) (Entered: 07/13/2026) |
| 07/16/2026 | | ORDER: re: 27 In their Request for Pre−Motion Conference on Motion to Dismiss, 27 , Defendants argue that this case should be dismissed for lack of standing "for substantially the same reasons expressed in their opposition to the motion for a preliminary injunction," *id.* (citing Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction at 7−14, 23 ). To the extent that the Court considers the arguments raised, construing 27 as a motion seeking dismissal of this action for lack of subject−matter jurisdiction due to Plaintiffs' lack of standing, the Court affords Plaintiffs an opportunity to be fully heard on the issue of standing by submitting any additional arguments in opposition, not already included in the Letter from Plaintiffs to the Court (July 13, 2026), 31 . Plaintiffs shall file a letter solely addressing Defendants' arguments that this case should be dismissed under Federal Rule of Civil Procedure 12(b)(1) for lack of subject−matter jurisdiction due to Plaintiffs' lack of standing **by July 23, 2026.** No reply shall be required unless further directed by the Court. Ordered by Judge Orelia E. Merchant on 7/16/2026. (IVK) (Entered: 07/16/2026) |
| 07/23/2026 | 32 | Letter *Concerning Plaintiffs' Standing* by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association (Greilsheimer, Jeffrey) (Entered: 07/23/2026) |
| 07/30/2026 | 33 | MEMORANDUM AND ORDER: For the reasons set forth in the attached Memorandum and Order, the Court lacks subject−matter jurisdiction. Accordingly, Defendants' motion to dismiss pursuant to Rule 12(b)(1), *see* 23 , is granted. Plaintiffs' motion for a preliminary injunction, *see* 2 , and Proposed Intervenors' Motion to Intervene 20 are denied as moot. The Clerk of Court is directed to enter judgment and close this case. Ordered by Judge Orelia E. Merchant on 7/30/2026. (IVK) (Main Document 33 replaced on 7/31/2026) (TPL). (Entered: 07/30/2026) |
| 07/31/2026 | 34 | CLERK'S JUDGMENT: that judgment is hereby entered in favor of Defendants. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 7/31/2026. (JP) (Entered: 07/31/2026) |
| 08/27/2026 | 35 | NOTICE OF APPEAL by Brooklyn Center for Independence of the Disabled, Anita Cameron, Jose Hernandez, Independent Living Center of the Hudson Valley, Institute for Patients Rights, National Council on Independent Living, Not Dead Yet, Regional Center for Independent Living, Self−Initiated Living Options, Inc., United Spinal Association. Filing fee $ 605, receipt number ANYEDC−20575327. Appeal Record due by 9/10/2026. (Kittila, Theodore) (Entered: 08/27/2026) |