# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Brooklyn Center for Independence of the Disabled v. Hochul Docket No.: 26-2414

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**


Name: Ernest Galvan

Firm: Rosen Bien Galvan & Grunfeld LLP

Address: 101 Mission Street, Sixth Floor, San Francisco CA 94105

Telephone: 415 433 6830 Fax: 415 433 7104

E-mail: egalvan@rbgg.com


**Appearance for:** Plaintiffs/Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Theodore A. Kittila, HALLORAN FARKAS & KITTILA LLP)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ____________________ OR

☐ I applied for admission on ____________________.

Signature of Counsel: [signature]

Type or Print Name: Ernest Galvan