# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Brooklyn Center for Independence of the Disabled v. Hochul Docket No.: 26-2414

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Lawrence III, Assistant Solicitor General

Firm: Office of the Attorney General

Address: 28 Liberty Street, 23rd Floor, New York, NY 10005

Telephone: (212) 416-8023 Fax: (212) 416-8962

E-mail: david.lawrence@ag.ny.gov

**Appearance for:** appellees Hochul, N.Y. State Dept. of Health, McDonald, N.Y. State Bd. of Medicine, Shelat, N.Y. State Ofc. of Mental Health, Sullivan
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________)
(name/firm)

☐ Additional counsel (co-counsel with: ______________________)
(name/firm)

☐ Amicus (in support of: ______________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/29/2024 OR

☐ I applied for admission on ______________________.

Signature of Counsel: /s/David Lawrence III

Type or Print Name: David Lawrence III